SCWC-30407

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

————————————————————————————————————

JANICE LYNN SUSSMAN,
Respondent/Plaintiff-Appellee,

vs.

ROGER LEE SUSSMAN,
Petitioner/Defendant-Appellant.

————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30407; FC-DIVORCE NO. 04-1-0468)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Del Rosario, assigned by reason of vacancy)

The application for writ of certiorari filed by

Petitioner/Defendant-Appellant Roger Lee Sussman on March 14,

2014, is hereby denied.

DATED: Honolulu, Hawaiʻi, April 21, 2014.

Roger Lee Sussman,                    /s/ Mark E. Recktenwald
pro se

                                      /s/ Paula A. Nakayama

                                      /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

                                      /s/ Dexter D. Del Rosario